UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

Keith White,

                Plaintiff,

-against-                          24 **CIVIL** 9128 (DEH)

### **JUDGMENT**

ADP, Inc.,

                Defendant.

-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 20, 2024, the Court finds it prudent to dismiss this action sua sponte under Federal Rule of Civil Procedure 12(b)(6) on the ground of res judicata; accordingly, the case is closed.

**Dated:** New York, New York

       December 23, 2024

                                          **TAMMI M. HELLWIG**
                                            **Clerk of Court**

                      **BY:** _____
                                            **Deputy Clerk**